UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Nuno Helder Da Silva Barros**

                       **Petitioner**

      V.                                 CIVIL ACTION
                                                  NO. <u>25cv11633-WGY</u>

**Todd Lyons et al**

                       **Respondents**

<u>**JUDGMENT**</u>

<u>**YOUNG, D. J.**</u>

    In accordance with the Court's ELECTRONIC ORDER entered on June 24, 2025, JUDGMENT is hereby entered for the RESPONDENTS.

                                                                 By the Court,

**June 25, 2025**                                                 /s/Matthew A. Paine

           **Date**                                                        **Deputy Clerk**